IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:03CV60 |
| | ) | (Financial Litigation Unit) |
| RONALD K. EUELL, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MILLER OFFICE EQUIPMENT CO. | ) | |
| SERVICES, INC., | ) | |
| Garnishee. | ) | |

**DISMISSAL OF ORDER OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Garnishment filed in this case on December 8, 2005, against the Defendant Ronald K. Euell is DISMISSED.

**SO ORDERED**.

Signed: November 19, 2008

Carl Horn, III
United States Magistrate Judge